# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH I. EDMONTON, | 1:08-cv-00650-AWI-GSA PC |
| Plaintiff, | |
| v. | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| BENTIVEGNA, R.T., et. al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on May 9, 2008.  The complaint appears to state cognizable claims for relief under 42 U.S.C. § 1983 against all named defendants:  Kolleen Bentivegna, R.T.; Lorraine Noomani, M.F.T.; Heidi Bowerman; Shazi Qamaruzzaman, R.N.; and Ofelia Corona for violation of Plaintiff's right to procedural due process, and for personal participation, and/or enacting, implementing, and/or enforcing policies and/or practices that resulted in violation of Plaintiff's rights to free speech under the First Amendment.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for all defendants:

   Kolleen Bentivegna, R.T.;

   Lorraine Noomani, M.F.T.;

|   |   |   |
|---|---|---|
| 1 |   | Heidi Bowerman; |
| 2 |   | Shazi Qamaruzzaman, R.N.; and |
| 3 |   | Ofelia Corona |
| 4 | 2. | The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed May 9, 2008. |
| 7 | 3. | Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents: |
| 10 |   | a.   Completed summons; |
| 11 |   | b.   One completed USM-285 form for each defendant listed above; and |
| 12 |   | c.   Six (6) copies of the endorsed complaint filed May 9, 2008. |
| 13 | 4. | Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |
| 17 | 5. | <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u> |

IT IS SO ORDERED.

Dated:   **December 5, 2008**                         /s/ **Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE