# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH I. EDMONTON,<br><br>    Plaintiff,<br><br>    v.<br><br>KOLLEEN BENTIVEGNA, et al.,<br><br>    Defendants.<br> / | CASE NO. 1:08-cv-00650-AWI-GSA PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 13)<br><br>Deadline: 08/11/2009 |

Plaintiff Kenneth I. Edmonton ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis. Plaintiff filed this civil rights action on May 9, 2008, pursuant to 42 U.S.C. § 1983. On February 6, 2009, Defendants filed a motion seeking an extension of time to file their response to Plaintiff's complaint.

Defendants seek an extension of fifteen days after the ninety-day period set forth in Federal Rule of Civil Procedure 25(a)(1) has run. As addressed in a separate order, Defendants' notice of Plaintiff's death was deficient and, therefore, did not trigger the running of the ninety-day period. The Court will grant Defendants an extension of time sufficient for them to renew their notice with a showing of proper service and for the ninety-day period to expire.

///
///
///
///

1

1 | Defendants' motion for an extension of time is HEREBY GRANTED, and Defendants'
2 | response to Plaintiff's complaint is due on or before August 11, 2009.

IT IS SO ORDERED.

Dated: **March 11, 2009**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE