# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH I. EDMONTON, | CASE NO. 1:08-cv-00650-AWI-GSA PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO RULE 25 |
| v. | (Docs. 12 and 20) |
| KOLLEEN BENTIVEGNA, et al., | |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Kenneth I. Edmonton, a civil detainee proceeding pro se. On February 6, 2009, Defendants filed a notice of suggestion of Plaintiff's death on the record pursuant to Federal Rule of Civil Procedure 25. After the Magistrate Judge issued an order notifying Defendants that their notice had not triggered the ninety-day substitution period due to lack of personal service, Defendants filed proof of personal service on April 2, 2009. Fed. R. Civ. P. 4(e)(2)(B).

Rule 25(a)(1) provides for the dismissal of this action if a motion for substitution is not made within ninety days after service of a statement noting Plaintiff's death. Fed. R. Civ. P. 25(a)(1). In order for the ninety-day period for substitution to be triggered, a party must formally suggest the death of the party upon the record, Fed. R. Civ. P. 25(a)(1), and must serve other parties and nonparty successors or representatives of the deceased with a suggestion of death in the same manner as required for service of the motion to substitute, Fed. R. Civ. P. 25(a)(3). Non-party successors or representatives of the deceased party must be served the suggestion of death in the manner provided by Rule 4 for the service of a summons. Fed. R. Civ. P. 25(a)(3); <u>Barlow v. Ground</u>, 39

F.3d 231, 233-34 (9th Cir. 1994).  In this instance, service was effected by personally delivering the notice to Plaintiff's wife's co-resident.  Fed. R. Civ. P. 4(e)(2)(B).

More than ninety days have passed since Plaintiff's wife was served pursuant to Rule 4(e)(2)(B) with notice that Plaintiff's death had been suggested on the record, and no motion for substitution has been filed.  Accordingly, this action is HEREBY DISMISSED, with prejudice, pursuant to Rule 25.

IT IS SO ORDERED.

**Dated:     July 18, 2009**                                         **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE